**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOHN J. LYNCH,                                    :   No. 141 EAL 2023
                                                 :
          Petitioner               :
                                                 :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court
      v.                                       :
                                                 :
                                                 :
BENJAMIN COOPER, ESQ., ALLAN J.                  :
SAGOT, ESQ. ALLAN J. SAGOT                       :
ASSOCIATES,                                      :
                                                 :
          Respondents              :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal
is **DENIED**.